UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DISTRICT

**ANDREW B. SHEETS**,

    Plaintiff,

vs.

**CITY OF PUNTA GORDA, FLORIDA,**
a Florida municipal corporation

    Defendant.

CASE NO.: 2:22-cv-246-SPC-NPM

## JOINT NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Plaintiff filed a state court appeal from an earlier code citation for an alleged violation of §11.5(z) of the Punta Gorda Code (indecent sign). That case seeks to have the citation discharged on essentially the same constitutional grounds asserted in this case. The state court case is styled <u>Andrew Bryant Sheets v. City of Punta Gorda, Florida,</u> Case No. 21001015CA (Fla. 20th Jud. Cir., Charlotte Cty). Briefing has been completed in that litigation and oral argument has been scheduled for August 1, 2022.

Plaintiff is the Defendant/Appellant in <u>State of Florida v. Andrew Bryant Sheets,</u> Case No. 21001041M (Fla. 20th Jud. Cir., Charlotte County), 2D- (Fla. 2d Dist. Ct. App.). Mr. Sheets was found guilty of violation of Florida Statutes Section 877.13(1)(a), Interference with School Administrative Functions, with adjudication withheld. According to the Charlotte County Sheriff's Office Narrative Form, the

basis of the violation was speech or speech-related conduct by Plaintiff in the City of Punta Gorda, including the use of signs. Mr. Sheets has appealed his conviction.

There are no related Federal cases.

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: July 14, 2022.

BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.

BRYANT MILLER OLIVE P.A.

 /s/  Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No. 0606812
305 N.E. 1st Street
Gainesville, Florida 32601
 (352) 338-4440  (Fax) (352) 337-0696
GSEdinger12@gmail.com

DANIEL R. AARONSON, Esquire
Florida Bar No.: 314579
1700 East Las Olas, Suite 202
Fort Lauderdale, Florida 33301
(954) 779-1700  (Fax) (954) 779-1771
Fort Lauderdale, Florida 33301
danaaron@bellsouth.net

 /s/  David C. Miller
DAVID C. MILLER, Esquire
Florida Bar No. 147427
JOHN Y. DOTY, Esquire
Florida Bar No. 1030883
One Southeast Third Ave., Suite 2200
Miami, Florida 33131
(305) 374-7349  (Fax) (305) 374-0895
dmiller@bmolaw.com
jdoty@@bmolaw.com

*Attorneys for Defendant*
mailto:isobel@bmolaw.com

*Attorneys for Plaintiff*