UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DISTRICT

| | |
|---|---|
| **ANDREW B. SHEETS**, | ) |
| Plaintiff, | ) CASE NO.: 2:22-cv-246-SPC-NPM |
| vs. | ) |
| **CITY OF PUNTA GORDA, FLORIDA,** a Florida municipal corporation | ) |
| Defendant. | ) |

# PLAINTIFFS' UNOPPOSED MOTION TO ABATE PROCEEDINGS FOR THIRTY DAYS

COMES NOW the Plaintiff, by and through his undersigned attorneys, and moves this Court to abate all proceedings and deadlines in this litigation for a period of thirty (30) days in order to allow Plaintiff an opportunity to find replacement counsel, and states in support thereof:

1. Plaintiff and his counsel have encountered irreconcilable differences that make the attorneys' continued representation of his interests impossible.

2. It is anticipated that Plaintiff's attorneys will file a Motion to Withdraw as Counsel within the next few business days. Plaintiff has represented

that he will consent to that Motion and it will be filed as soon as written consent can be secured.

3. There are a number of pending deadlines which, in fairness to both parties, should be suspended to allow Plaintiff a reasonable opportunity to find new counsel. Those deadlines include:

Discovery deadline on December 30, 2022

Mediation deadline on January 6, 2022

Dispositive Motions deadline on January 27, 2023

4. Following retention of new counsel within the thirty (30) day period, the parties and the Court would be well served by scheduling a status conference to revisit those deadlines and to determine whether the current trial date can be preserved.

5. The requested delay is intentionally brief so as to interfere as little as possible with the administration of this case.

6. This Motion is not filed for purposes of delay.

7. Plaintiffs' counsel has consulted with the Defendant's attorneys and is authorized to report that the Defendant does not oppose a limited abatement of these proceedings and the suspension of the current deadlines.

## **MEMORANDUM OF LAW**

This Court has authority pursuant to Rule 16, Fed.R.Civ.P. to manage its trial calendar in the most effective and efficient manner. That extends to abatement or a stay of proceedings where good cause is shown:

> Federal district courts possess "general discretionary power" to stay proceedings "in the interests of justice and in control of their dockets." See Wedgeworth v. Fibreboard Corp., 706 F.2d 541, 544-45 (11th Cir. 1983); see also Clinton v. Jones, 520 U.S. 681, 706–07 (1997) (noting that a district court has "broad discretion to stay proceedings as an incident to its power to control its own docket"); Landis v. N. Am. Co., 299 U.S. 248, 255 (1936).

Loor v. Tween Brands, Inc., 2015 WL 6704579 at *2 (M.D. Fla. 2015).

The conflict between Plaintiff and his counsel is such that communications have been difficult between them. Given the manifest need to secure replacement counsel, Plaintiff would suffer prejudice if he is bound to the current deadlines. The requested stay is quite short and represents the minimum reasonably necessary for Plaintiff to obtain replacement counsel.

The Plaintiff has shown good cause in moving for this brief, unopposed abatement.

WHEREFORE, Plaintiff moves this Court to stay or abate these proceedings, together with all current deadlines, for a period of thirty (30) days.

*Respectfully submitted*,

BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.

|  |  |
|---|---|
|  | /s/ Gary S. Edinger |
| DANIEL R. AARONSON, Esquire | GARY S. EDINGER, Esquire |
| Florida Bar No.: 314579 | Florida Bar No. 0606812 |
| 1700 East Las Olas Blvd., Suite 202 | 305 N.E. 1st Street |
| Ft. Lauderdale, Florida 33301 | Gainesville, Florida 32601 |
| (954) 779-1700 (Fax) (954) 779-1771 | (352) 338-4440  (Fax) (352) 337-0696 |
| danaaron@bellsouth.net | GSEdinger12@gmail.com |

*Attorneys for Plaintiff*

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been forwarded to DAVID C. MILLER, Esquire [dmiller@bmolaw.com]; NIKKI C. DAY, Esquire [nday@bmolaw.com]; JOHN Y. DOTY, Esquire [jdoty@bmolaw.com], One Southeast Third Ave., Suite 2200, Miami, Florida 33131, via the CM/ECF System this 28th day of December, 2022.

   /s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No. 0606812