UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DISTRICT

| | |
|---|---|
| **ANDREW B. SHEETS,** | ) |
| Plaintiff, | ) CASE NO.: 2:22-cv-246-SPC-NPM |
| vs. | ) |
| **CITY OF PUNTA GORDA, FLORIDA,** a Florida municipal corporation | ) |
| Defendant. | ) |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The Plaintiff, ANDREW B. SHEETS, and his attorneys of record, hereby agree and stipulate that upon entry of an Order of this Court, GARY S. EDINGER, Esquire, DANIEL R. AARONSON, Esquire, and BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. shall be relieved of any further responsibility for representing Plaintiff, and that PHARES HEINDL, Esquire, of P.O. Box 1009, Marco Island, Florida 34145, shall thenceforth be responsible for representation of the Plaintiff in this cause.

DATED this 10 day of January, 2023

_____
ANDREW B. SHEETS

BENJAMIN, AARONSON,
EDINGER & PATANZO, P.A.

/s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Fla. Bar No.: 0606812
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440
GSEdinger12@gmail.com

DANIEL R. AARONSON, Esquire
Florida Bar No.: 314579
1700 East Las Olas, Suite 202
Fort Lauderdale, Florida 33301
(954) 779-1700  (Fax) (954) 779-1771
Fort Lauderdale, Florida 33301
danaaron@bellsouth.net

_____
PHARES HEINDL, Esquire
Fla. Bar No. 0332437
Participating Attorney for
THE RUTHERFORD INSTITUTE
P.O. Box 1009
Marco Island, Florida 34145
(239) 285-5048
pmheindl@heindllaw.com