UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DISTRICT

| | |
|---|---|
| **ANDREW B. SHEETS**, | ) |
| Plaintiff, | ) CASE NO.: 2:22-cv-246-SPC-NPM |
| vs. | ) |
| **CITY OF PUNTA GORDA, FLORIDA,** | ) |
| a Florida municipal corporation | ) |
| Defendant. | ) |

## NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a) Middle District of Florida the undersigned gives notice of resolution of all this action.  The parties are finalizing settlement paperwork and the undersigned will file a dismissal when finalized.

Dated January 25, 2023

*Phares M. Heindl*
PHARES HEINDL, Esquire
Fla. Bar No. 0332437
Participating Attorney for
THE RUTHERFORD INSTITUTE
P.O. Box 1009
Marco Island, Florida 34145
(239) 285-5048
pmheindl@gmail.com